**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ERIE INSURANCE GROUP,

              Respondent

          v.

JACK C. CATANIA, JR. AND DEBORAH
ANN CATANIA,

              Petitioners

: No. 286 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.